Decided June 29, 2000

## TOWN OF NEW MILFORD *v.* WILFRED J. MEGIN II

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 903 (AC 19824), is denied.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Wilfred J. Megin II*, pro se, in support of the petition.

*Thomas W. Beecher,* in opposition.

Decided June 29, 2000